UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| LARRY WAYNE SMITH, | ) |
| Plaintiff | ) ) ) |
| and | ) ) |
| GREAT WEST CASUALTY COMPANY | ) ) CAUSE NO. 1:18-cv-89-GNS-HBB |
| Intervening Plaintiff | ) |
| v. | ) ) |
| T. MARZETTI COMPANY | ) ) |
| Defendant | ) |

**STIPULATION AND AGREED ORDER OF DISMISSAL**

\* \* \* \* \*

Comes Plaintiff, Larry Wayne Smith, and Intervening Plaintiff, Great West Casualty Company, and Defendant, T. Marzetti Company, all by and through their respective counsel, and having reached an agreement to resolve all claims between them in this action, hereby stipulate to the following and request that the Court enter the order stated below: All claims by the Plaintiff and Intervening Plaintiff which were asserted or which could have been asserted in this action against the Defendant are dismissed, *with prejudice*. Being advised of the above Stipulation:

**IT IS THEREFORE ORDERED** that all claims asserted in this action or which could have been asserted in this action by the Plaintiff and Intervening Plaintiff against the Defendant are **DISMISSED**, *with prejudice*, with each party to bear its own costs.

Greg N. Stivers, Chief Judge
United States District Court

November 20, 2019